U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 11 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CANDACE SMITH, ET AL.                    CIVIL ACTION NO. 11-cv-2068

VERSUS                                   JUDGE WALTER

UNITED STATES OF AMERICA                 MAGISTRATE JUDGE HORNSBY

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Government's **Motion to Transfer Venue (Doc. 6)** is **granted**, and this case is transferred to the Western District of Arkansas. This court recommends that this case be assigned to Judge Susan O. Hickey, who is already presiding over four cases in the Texarkana Division (12 CV 4020; 12 CV 4030; 12 CV 4034; and 12 CV 4035) that arise from the same Albert Pike Recreation Area flood that gave rise to this and a companion civil action.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___11th___ day of ___September___, 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE